**COLLIN COUNTY**

Andrea Stroh Thompson
District Clerk
2100 Bloomdale Rd
Ste 12132
McKinney, Texas 75071
972-548-4320 or
972-424-1460 Ext 4320 (Metro)

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/2/2015 11:11:20 AM
LISA MATZ
Clerk

October 02, 2015

Attn: Lisa Matz, Clerk of the Fifth District Court of Appeals

RE:     Court Of Appeals No. 05-15-01068-CV
        Trial Court Case No. 380-00398-2013

We have not forwarded the clerk's record of this appeal due to the fact that neither designation nor payment has yet been received. Immediately upon receipt of payment, the clerk's record will be forwarded to the Court of Appeals for filing.

ATTEST: Andrea Stroh Thompson, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

Signed: 10/2/2015 11:05:51 AM

By: _____, Deputy
            Sandra Hill

cc:     Craig P Henderson
        via e-mail: chenderson@wolf-law.com